**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| IN RE COMPACT DISC MINIMUM ADVERTISED PRICE ANTITRUST LITIGATION | ] ] ] ] ] | MDL DOCKET NO. 1361 *(This Document Applies to John A. Deep v. Recording Industry Ass'n of of America, Inc., et al., No. 2:05cv118)* |

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

In response to my Order to Show Cause dated July 1, 2005, issued to determine whether I should disqualify myself from this matter, I have received three relevant filings.

First, Universal City Studios LLLP ("Universal City Studios") has disclosed that General Electric Corporation owns 80% of NBC Universal, Inc., which, in turn, is the parent of Universal City Studios. Resp. to Order to Show Cause (Docket Item 13).

Second, the plaintiff, John A. Deep, has filed a so-called waiver of right to assert specified grounds as a basis for motion of recusal (Docket Item 7).

Third, the plaintiff, John A. Deep, has filed a notice of dismissal of Universal City Studios (Docket Item 6), pursuant to Federal Rule of Civil Procedure 41(a)(1).

General Electric Corporation's indirect ownership of Universal City Studios would require me to disqualify myself if it remained as a party because I own stock in General Electric Corporation. 28 U.S.C. §§ 455(b)(4), (d)(4); Administrative Office of the United States Courts, Code of Conduct for United States Judges, Canons 3(C)(1)(c), 3(C)(3)(c), *in* II Guide to Judiciary Policies and

Procedures (2005). The plaintiff's attempt to waive that basis for disqualification is of no effect. 28 U.S.C. § 455(e); see also Code of Conduct for United States Judges, Canon 3(D) (permitting the parties to waive disqualification in certain circumstances but not when a judge has a financial interest in a party). A judge cannot hear a case if he or she has a financial interest in one of the parties, regardless of any attempted waiver by the parties. Here, however, the plaintiff has dismissed the defendant in question. It appears that no answer has yet been filed in this lawsuit. Therefore, the plaintiff does not require the approval of other parties or the Court to dismiss a defendant under Federal Rule of Civil Procedure 41(a)(1). (I note that no one has objected to the plaintiff's dismissal of Universal City Studios.) Moreover, this plaintiff is not part of the certified class in the consolidated lawsuits that previously settled in this District. In re Compact Disc Minimum Advertised Price Antitrust Litig., 216 F.R.D. 197 (D. Me. 2003). Therefore, court approval of voluntary dismissal is not required under Federal Rule of Civil Procedure 23(e)(1)(A).

Accordingly, I conclude that with the dismissal of the defendant Universal City Studios there is no longer a basis for my disqualification. My Order to Show Cause dated July 1, 2005, is therefore **DISCHARGED**.

**SO ORDERED.**

**DATED THIS 27TH DAY OF JULY, 2005**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

2

U.S. DISTRICT COURT
DISTRICT OF MAINE (PORTLAND)
CIVIL DOCKET FOR CASE #: 2:05CV118

| | | |
|---|---|---|
| **JOHN A. DEEP**<br><br>    Plaintiff | represented by | **JOHN A. DEEP**, Pro Se<br>26 ROOSEVELT BLVD<br>COHOES, NY 12047<br>(518) 233-0225 |

v.

| | | |
|---|---|---|
| **RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC.** | represented by | **TERENCE J. DEVINE**<br>**DAVID F. KUNZ**<br>DEGRAFF, FOY LAW FIRM<br>90 STATE STREET<br>ALBANY, NY 12207<br>(518) 462-5300 |
| **ARISTA RECORDS, INC.** | | See above |
| **ATLANTIC RECORDING CORPORATION** | | See above |
| **ATLANTIC RHINO VENTURES, INC.**<br>d/b/a RHINO ENTERTAINMENT COMPANY | | See above |
| **BAD BOYS RECORDS** | | See above |
| **ARISTA GOOD GIRLS, INC.** | | See above |
| **CAPITOL RECORDS, INC.** | | See above |
| **ELEKTRA ENTERTAINMENT GROUP, INC.** | | See above |
| **HOLLYWOOD RECORDS, INC.** | | See above |
| **INTERSCOPE RECORDS** | | See above |
| **LAFACE RECORDS, INC.** | | See above |
| **LONDON-SIRE RECORDS, INC.** | | See above |
| **MOTOWN RECORD COMPANY, LP** | | See above |

| | |
|---|---|
| **RCA RECORDS LABEL**<br>*agent of*<br>BMG MUSIC | See above |
| **SONY MUSIC ENTERTAINMENT, INC.** | See above |
| **UMG RECORDINGS, INC.** | See above |
| **VIRGIN RECORDS AMERICA, INC**. | See above |
| **WALT DISNEY RECORDS** | See above |
| **WARNER BROS RECORDS, INC.** | See above |
| **WEA INTERNATIONAL, INC.** | See above |
| **WEA LATINA, INC.** | See above |
| **ZOMBA RECORDING CORPORATION** | See above |
| **METRO-GOLDWYN-MAYER STUDIOS INC** | See above |
| **COLUMBIA PICTURES INDUSTRIES, INC.** | See above |
| **DISNEY ENTERPRISES, INC.** | See above |
| **NEW LINE CINEMA CORPORATION** | See above |
| **PARAMOUNT PICTURES CORPORATION** | See above |
| **TIME WARNER ENTERTAINMENT COMPANY, LP** | See above |
| **TWENTIETH CENTURY FOX FILM CORPORATION** | See above |
| **UNIVERSAL CITY STUDIOS, INC.** | See above |

4

| | | |
|---|---|---|
| **TRANSWORLD ENTERTAINMENT CORPORATION**<br><br>Defendants | represented by | **ANDREW C. ROSE**<br>NIXON, PEABODY LLP<br>OMNI PLAZA, SUITE 900<br>30 SOUTH PEARL STREET<br>ALBANY, NY 12207<br>(518) 427-2666 |

Case 2:05-cv-00118-DBH   Document 14   Filed 07/27/05   Page 5 of 7   PageID #: 208

U.S. DISTRICT COURT
DISTRICT OF MAINE (PORTLAND)
CIVIL DOCKET FOR CASE #: 2:00-MD-1361-DBH

**LIAISON COUNSEL FOR THE PLAINTIFF STATES:**
Francis E. Ackerman, Maine Assistant Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800

**LEAD COUNSEL FOR THE PLAINTIFF STATES:**
Linda Gargiulo, Assistant Attorney General
120 Broadway, Suite 2601
New York, NY  10271
(212) 416-8274

Lizabeth Leeds, Assistant Attorney General
PL-01 The Capitol
Tallahassee, FL  32399-1050
(850) 414-3851

**LIAISON COUNSEL FOR THE PRIVATE PLAINTIFFS:**
Alfred C. Frawley, III, Esq.
Gregory P. Hansel, Esq.
Preti, Flaherty, Beliveau & Haley, LLC
P.O. Box 9546
Portland, ME  04112-9546
(207) 791-3230

**LEAD COUNSEL FOR THE PRIVATE PLAINTIFFS:**
Joseph C. Kohn, Esq.
Michael J. Boni, Esq.
Kohn, Swift & Graf, PC
One South Broad Street, Suite 2100
Philadelphia, PA  19106
(215) 238-1700

**COUNSEL FOR THE TROWBRIDGE PLAINTIFFS:**
Michael Jaffe, Esq.
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY  10016
(212) 545-4600

**LIAISON COUNSEL FOR THE DISTRIBUTOR DEFENDANTS:**
William J. Kayatta, Jr., Esq.
Clifford H. Ruprecht, Esq.
Pierce Atwood
One Monument Square
Portland, ME  04101
(207) 791-1100

**LIAISON COUNSEL FOR THE RETAILER DEFENDANTS:**
Joseph H. Groff, III, Esq.
Jensen, Baird, Gardner & Henry
P.O. Box 4510
Portland, ME  04112-4510
(207) 775-7271